UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICK BROWN, an indivudal | CASE NO.: 3-23-cv-06036-TMC |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE IN ITS ENTIRETY WITH PREJUDICE** |
| USAA CASUALTY INSURANCE COMPANY, a foreign corporation; JANE and JOHN DOES 1-5 | |
| Defendant. | |

The Court has reviewed the parties' Stipulation for Dismissal of the Entire Case with Prejudice and good cause appearing,

IT IS HEREBY ORDERED that this case be dismissed in its entirety with prejudice, each party to bear their own fees and costs.

The Clerk of Court is directed to close this case and terminate it in the CM/ECF system.

SO ORDERED.

Dated this 3rd day of January, 2024

_____
Tiffany M. Cartwright
United States District Court Judge

**DKM LAW GROUP, LLP**
1700 7th Avenue, Ste. 2100
Seattle, WA 98101
Tel: (206) 407-2518